DURIE TANGRI LLP
DARALYN J. DURIE (SBN 169825)
ddurie@durietangri.com
SONALI D. MAITRA (SBN 254896)
smaitra@durietangri.com
BRIAN C. HOWARD (SBN 268852)
bhoward@durietangri.com
217 Leidesdorff Street
San Francisco, CA 94111
Telephone: 415-362-6666
Facsimile: 415-236-6300

Attorneys for Plaintiff
ZYNGA INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ZYNGA INC.,<br><br>Plaintiff,<br><br>v.<br><br>LEXOS MEDIA, INC.,<br><br>Defendant. | Case No. 5:12-CV-01952 PSG<br>(AS MODIFIED)<br>**STIPULATION AND [~~PROPOSED~~] ORDER TO EXTEND TIME TO RESPOND TO MOTION TO DISMISS, RESCHEDULE HEARING ON MOTION TO DISMISS AND RESCHEDULE CASE MANAGEMENT CONFERENCE**<br><br>Ctrm: 5, 4th Floor<br>Judge: Honorable Paul Singh Grewal |

Pursuant to Civil Local Rule 6-1(a), Plaintiff Zynga, Inc. ("Zynga") hereby submits the following stipulation between the parties in this action for Declaratory Judgment of Noninfringement and Invalidity of U.S. Patent Nos. 5,995,102, 6,065,057, 6,118,449, 7,111,254, and 7,975,241:

WHEREAS, Lexos Media, Inc. ("Lexos") has requested, and Zynga agreed to, extensions in the time for Lexos to respond to the Zynga's Complaint, moving the time to respond from May 25, 2012, to July 11, 2012, and rescheduling the Initial Case Management Conference from for July 17, 2012 to August 21, 2012.

WHEREAS, Lexos filed a motion to dismiss on July 11, Zynga served jurisdictional discovery requests on July 13, and the parties stipulated to: Lexos responding to Zynga's discovery requests by August 17, Zynga responding to Lexos's Motion to Dismiss by August 31, Lexos replying by September 9, and having the Initial Case Management Conference held on September 25.

WHEREAS, subsequently Zynga served a notice of deposition on Lexos for jurisdictional discovery, and Lexos was unavailable for deposition until August 31, so the parties further stipulated to extended by two weeks to allow the deposition of Lexos and yielding the current schedule: Zynga's response to Lexos's Motion to Dismiss must be filed no later than September 14; Lexos must to file its reply no later than September 21; hearing on the Motion is to occur after September 21; and the Initial Case Management Conference will be held October 9, 2012.

WHEREAS, Zynga required additional time to consider its jurisdictional discovery in responding to Lexos's Motion to Dismiss, the parties stipulated to the following schedule: Zynga's time to respond to Lexos's motion to dismiss would be extended to September 28; Lexos would file its reply by October 5; and the initial Case Management conference would be October 16. Accordingly the last day to file the Rule 26(f) Report, Initial Disclosures, and Case Management Statement would be October 9, 2012.

WHEREAS, the Initial Case Management Conference was scheduled for October 9, 2012, but later rescheduled by stipulation to the date of October 16, 2012.

WHEREAS, Zynga's response to Lexos's Motion to Dismiss was scheduled for September 28, 2012, but later rescheduled by stipulation to the date of October 3, 2012.

WHEREAS, Lexos's reply was scheduled for October 5, 2012, but later rescheduled by

stipulation to the date of October 10, 2012.

WHEREAS, in light of negotiations between the parties, Lexos requires additional time to file its reply to Zynga's and the parties require additional time to file their Rule 26(f) Report, Initial Disclosures, and Case Management Statement. Currently, Lexos's reply is due on October 10, 2012, the Rule 26(f) Report, Initial Disclosures, and Case Management Statement are due on October 9, 2012, and the Initial Case Management Conference is scheduled for October 16, 2012 (along with the hearing on the Motion to Dismiss).

THEREFORE, it is hereby stipulated and agreed that the **parties shall file their Rule 26(f) Report, Initial Disclosures, and Case Management Statement no later than Tuesday October 23, 2012, Lexos shall reply to Zynga's response to Lexos's Motion to Dismiss no later than Wednesday October 24, 2012, and the Case Management Conference will be scheduled for ~~October 30,~~** November 13, **2012**. **The hearing upon Lexos's Motion to Dismiss will also be scheduled for ~~October 30,~~** November 13, **2012.**

Dated: October 9, 2012

MCKOOL SMITH PC

*By:* */s/ Eric P. Berger*

ROBERT A. COTE
rcote@mckoolsmith.com
ERIC P. BERGER
eberger@mckoolsmith.com
One Bryant Park, Suite 4700
New York, NY 10036
Telephone: 212-402-9400
Facsimile: 212-402-9444

Attorneys for Defendant
LEXOS MEDIA, INC.

Dated: October 9, 2012

DURIE TANGRI LLP

By: */s/ Brian C. Howard*

DARALYN J. DURIE (SBN 169825)
ddurie@durietangri.com
SONALI D. MAITRA (SBN 254896)
smaitra@durietangri.com
BRIAN C HOWARD (SBN 268852)
bhoward@durietangri.com
217 Leidesdorff Street
San Francisco, CA 94111
Telephone: 415-362-6666
Facsimile: 415-236-6300

Attorneys for Plaintiff
ZYNGA INC.

**FILER'S ATTESTATION**

Pursuant to General Order No. 45, Section X (B) regarding signatures, I, Brian C. Howard, attest that concurrence in the filing of this document has been obtained.

Dated: October 9, 2012

*/s/ Brian C. Howard*
BRIAN C. HOWARD

**~~[PROPOSED]~~ ORDER**

Upon stipulation of the parties and good cause appearing therefore, IT IS SO ORDERED.

Dated: 10/10/2012

Paul S. Grewal
HON. PAUL SINGH GREWAL
UNITED STATES DISTRICT COURT JUDGE

**CERTIFICATE OF SERVICE**

I certify that all counsel of record is being served on October 9, 2012 with a copy of this document via the Court's CM/ECF system.

*/s/ Brian C. Howard*
Brian C. Howard

Attorneys for Plaintiff
ZYNGA INC.